**Electronically Filed
Supreme Court
SCPW-19-0000030
07-MAR-2019
02:15 PM**

SCPW-19-0000030

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

CRAIGE K. MAKEKAU, Petitioner,

vs.

THE HONORABLE COLETTE Y. GARIBALDI, Judge of the Circuit Court
of the First Circuit, State of Hawaiʻi (ret.), Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

_____

ORIGINAL PROCEEDING
(S.P.P. NO. 16-1-0031; CR. NO. 04-1-1801)

<u>ORDER DENYING AS MOOT PETITION FOR WRIT OF MANDAMUS</u>
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Castagnetti, in place of Recktenwald, C.J., recused)

Upon consideration of petitioner Craige K. Makekau's letter dated January 2, 2019, which was filed as a petition for writ of mandamus on January 8, 2019, the State of Hawaiʻi's answer to the petition for writ of mandamus, filed on February 22, 2019, the Honorable Shirley M. Kawamura's answer to the petition for writ of mandamus, filed on March 4, 2019, the respective supporting documents, and the record, it appears that on March 4, 2019, in S.P.P. No. 16-1-0031, the circuit court entered an "Order Regarding Petition to Vacate, Set Aside, or Correct Judgment or to Release Petitioner for [*sic*] Custody Filed

December 7, 2016."  The relief requested by petitioner in this original proceeding is moot.  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied as moot.

DATED: Honolulu, Hawaiʻi, March 7, 2019.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Jeannette H. Castagnetti

2